**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTONIO D. LENOIR
ADC # 116451                                                                                           PLAINTIFF

V.                          CASE NO. 2:11CV00114 SWW/BD

RAY HOBBS, *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Lenoir's claims are DISMISSED with prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 16th day of August, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE