# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANTONIO D. LENOIR**
**ADC # 116451**                                                                                                **PLAINTIFF**

**V.**                          **CASE NO. 2:11CV00114 SWW/BD**

**RAY HOBBS,** *et al.*                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE